UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Grand Jury H-19-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:21CR 107 JBA/RAR |
| v. | VIOLATIONS: |
| MARIA MALDONADO,<br>CARLOS SANTIAGO,<br>a.k.a. "Jaji," and<br>HENRY DEJESUS-MORALES,<br>a.k.a. "Red" | 21 U.S.C. §§ 841(a)(1) and 846<br>(Conspiracy to Violate the Narcotics Laws of the United States)<br><br>21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vi)<br>(Possession with Intent to Distribute 40 Grams or More of Fentanyl)<br><br>21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)<br>(Distribution of and Possession with Intent to Distribute a Controlled Substance)<br><br>18 U.S.C. §2<br>(Aiding and Abetting) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Conspiracy to Violate the Narcotics Laws of the United States)

1. From approximately in or about January 2021 through on or about June 2, 2021, the exact dates being unknown to the Grand Jury, in the District of Connecticut, the defendants MARIA MALDONADO and CARLOS SANTIAGO, a.k.a. "Jaji," together with others known and unknown to the Grand Jury, did knowingly and intentionally conspire to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that the defendants MALDONADO and SANTIAGO, together with others known and unknown to the Grand Jury, would distribute

and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. The defendants MALDONADO and SANTIAGO knew and reasonably should have foreseen from their own conduct and that of other members of the narcotics conspiracy charged in Count One that the conspiracy involved 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(vi).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## COUNT TWO
(Distribution of, and Possession with Intent to Distribute, a Controlled Substance)

4. On or about May 27, 2021, in the District of Connecticut, the defendant HENRY DEJESUS-MORALES, a.k.a. "Red," and CARLOS SANTIAGO, a.k.a. "Jaji," did knowingly and intentionally distribute and possess with intent to distribute a controlled substance scheduled pursuant to Title 21 United States Code, Section 812(b).

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT THREE
(Possession with Intent to Distribute 40 Grams or More of Fentanyl)

5. On or about June 2, 2021, in the District of Connecticut, the defendants MARIA MALDONADO and CARLOS SANTIAGO, a.k.a. "Jaji," did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, and a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(B)(vi) and (B)(1)(C), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION
(Controlled Substance Offenses)

6. Upon conviction of one or more of the controlled substance offenses alleged in Counts One through Four of this Indictment, the defendants MARIA MALDONADO, CARLOS SANTIAGO, a.k.a. "Jaji," and HENRY DEJESUS-MORALES, a.k.a. "Red," shall forfeit to the United States, pursuant to 21 U.S.C. § 853, all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations of 21 U.S.C. §§ 841 and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation and a sum of money equal to the total amount of proceeds obtained as a result of the offense, including (i) $14,242 in U.S. currency seized on June 2, 2021 from 52 Clifford Street, Apartment 2W, Hartford, Connecticut; (ii) a 2013 white BMW X3 with VIN 5UXWX9C54DLK59854; and (iii) assorted jewelry and $60,000 in U.S. currency seized on June 2, 2021 from 140 Russ Street, Apartment S107, Hartford, Connecticut.

7. If any of the above-described forfeitable property, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

All in accordance with Title 21, United States Code, Section 853; Title 18, United States Code, Section 924(d); Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL,

/s/
FOREPERSON

_____
LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

_____
MARIA DEL PILAR GONZALEZ
ASSISTANT U.S. ATTORNEY

_____
ROBERT S. RUFF
ASSISTANT U.S. ATTORNEY